1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); gsgilchrist@townsend.com
2  VERONICA BESMER (CA State Bar # 246560); vbesmer@townsend.com
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.

6

7                     UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10                                                C 08 0371 RS

11 WILLIAMS-SONOMA, INC., a California          Case No. _____
   corporation,
12                                              COMPLAINT FOR; FEDERAL
                 Plaintiff,                     TRADEMARK INFRINGEMENT;
13                                              DILUTION; FALSE DESIGNATION OF
          v.                                    ORIGIN (VIOLATION OF FEDERAL
14                                              UNFAIR COMPETITION LAW);
   KENNETH N. ELLIOTT, an individual; and       CYBERSQUATTING; COPYRIGHT
15 F. K. ELLIOTT ENTERPRISES, INC., a           INFRINGEMENT; CALIFORNIA
   Virginia company,                            TRADEMARK INFRINGEMENT AND
16                                              DILUTION; AND CALIFORNIA UNFAIR
                 Defendants.                     COMPETITION LAW (INJUNCTIVE
17                                              RELIEF SOUGHT)

18                                              JURY TRIAL DEMAND

19

20       Plaintiff Williams-Sonoma, Inc. ("WSI") alleges as follows:

21                           NATURE OF ACTION

22       1.      This action seeks damages and injunctive relief to stop Defendant from his willful

23 infringement and dilution of WSI's famous POTTERY BARN® family of trademarks.  Defendant

24 falsely claims to own "outlets" that are branded with WSI's trademarks and uses domain names that

25 are derivatives of the Pottery Barn® trademarks to divert Internet traffic to websites selling

26 competitive furniture and home furnishings.  Unless Defendant is prevented from further

27 misappropriation of WSI's reputation and goodwill, WSI and its trademarks will suffer incalculable

28 and irreparable harm.

**PARTIES**

2.      WSI is a premier specialty retailer of home furnishings, including furniture and accessories for kitchens, bedrooms, and bathrooms.  In addition to the well-known Williams-Sonoma operations, WSI operates wholly owned subsidiaries that use the Pottery Barn®, pottery barn kids®, and PBTeen® trademarks, among others.  Within the Pottery Barn® brand, WSI distributes and sells through retail stores, outlet stores, catalogs, and the Internet.  The Pottery Barn® brand is one of the most respected brands in the home furnishings business and enjoys enormous goodwill among consumers.  WSI is a California corporation headquartered in San Francisco, California.

3.      On information and belief, defendant Kenneth Elliott, also known as Frederick N. Elliott, is an individual and a resident of Virginia.  Defendant owns a company called F.K. Elliott Enterprises, Inc., which is a Virginia corporation with its principal place of business at 1714 Winesap Dr. in Richmond, Virginia, 23231.  Mr. Elliott and F.K. Elliott Enterprises, Inc. will be collectively referred to hereafter as "Defendant."  Defendant operates a website that solicits business from this judicial district, which, as discussed below, infringes and dilutes WSI's trademarks.

**JURISDICTION AND VENUE**

4.      This is an action for trademark infringement under 15 U. S.C. §§ 1114, for dilution under 15 U.S.C. § 1125(c), for unfair competition (false designation of origin) under 15 U.S.C. § 1125(a), for cybersquatting under 15 U.S.C. § 1125(d), for copyright infringement under 17 U.S.C. §§ 101, *et seq.*, and for related claims under California statutory and common law.  This Court has subject matter jurisdiction over such claims pursuant to 15 U.S.C. § 1121 (Lanham Act), 28 U.S.C. § 1331 (federal question), 28 U.S.C. §§ 1338(a) and 1338(b) (trademark and unfair competition).  This Court has supplemental jurisdiction over the state law issues pursuant to 28 U.S.C. § 1367.  This Court has personal jurisdiction over Defendant because Defendant advertises, markets, and promotes its products throughout the United States, including California and this judicial district, via his website.

5.      Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims asserted arose in this district.

# FACTS AND ALLEGATIONS

## WSI's Valuable Pottery Barn® Intellectual Property

6.      In the course of its business, WSI, through its Pottery Barn® brand, conceives, designs, and commercializes a large number of original furniture and other home accessories. For many years, WSI has sold its Pottery Barn® products through its stores, outlets, catalogs, and the Internet.

7.      To further protect its rights under the Pottery Barn®, PBTeen® and pottery barn kids® brands, WSI owns several trademarks and applications, including, among others, a federal trademark registration for POTTERY BARN (Registration No. 2021077; first used April of 1956; registered on December 3, 1996). This registration, and all other WSI registrations, applications, and common law marks incorporating the Pottery Barn® name -- including "PB" which is a common consumer reference to WSI's Pottery Barn® brands -- will be referred to collectively hereafter as the "Pottery Barn Marks."

8.      WSI also owns valid copyright registrations for many of its Pottery Barn® catalogs.

9.      WSI has continuously used its Pottery Barn Marks in interstate commerce in the United States, including California and this judicial district, in connection with the manufacture, distribution, sale, advertisement, and promotion of its products and services during all time periods relevant to the claims in the Complaint.

10.     Prior to the events giving rise to this Complaint, and continuing to the present, WSI spent substantial time, money, and effort in the promotion and advertisement of its products, and has sold many millions of dollars of products under its Pottery Barn Marks. Through its financial investment and efforts, WSI has developed considerable good will and a reputation for quality products.

11.     By virtue of WSI's long use of its Pottery Barn Marks, as well as WSI's extensive advertising and large volume of sales, potential and actual consumers accept and recognize the Pottery Barn Marks as identifying WSI's products only and distinguishing them from products manufactured and sold by others. The Pottery Barn Marks have an enormous consumer following and the marks have become famous among the public.

**Defendant's Unfair Competition and Infringement of
Pottery Barn's Intellectual Property Rights**

12.    Beginning at some point in the past, and continuing until the present, Defendant, with actual or constructive knowledge of the Pottery Barn Marks and Pottery Barn® catalog copyright registrations, has engaged in a systematic pattern of exploiting the Pottery Barn Marks in his websites and blog entries with the effect of infringing on WSI's trademarks, diverting customer traffic away from WSI, and diluting the distinctive quality of WSI's Pottery Barn Marks.

13.    On or about April 6, 2005, Defendant registered and used the domain name <www.pottery-barn-outlet.com>. On or about August 3, 2005, Defendant registered the domain name <www.pottery-outlet.com> (collectively, "Infringing Domain Names").

14.    On <www.pottery-barn-outlet.com>, Defendant misused the Pottery Barn Marks to convey the false impression that he operated an authorized Pottery Barn Outlet. For example, the banner on the homepage stated "Pottery Barn Outlet and Clearance Center." His website claimed to operate a "Pottery Barn Kids Outlet," a "Pottery Barn Furniture Outlet," a "Pottery Barn Rugs and Carpets Outlet," a "Pottery Barn Toys Outlet," and a "Pottery Barn Glass and Pottery Outlet." In addition, Defendant also displayed various copyrighted images from Pottery Barn® catalogs on his website. *See* Exhibit A.

15.    On August 5, 2005, WSI demanded that Defendant to cease and desist his unlawful use of the Pottery Barn Marks and copyrighted material. *See* Exhibit B. Defendant purported to comply with the request by decommissioning <www.pottery-barn-outlet.com> for a time and by removing the copyrighted images from his sites. *See* Exhibit C. In fact, Defendant moved the content of his website to a new domain name at <www.isaved-home-decor.com>, which he is using to this day.

16.    WSI is informed and believes that Defendant registered the domain name <www.isaved-home-decor.com> on or about August 9, 2005.

17.    On <www.isaved-home-decor.com>, Defendant continued to display misuses of the Pottery Barn Marks and copyrighted images that WSI notified him about. For example, the Pottery Barn Marks appeared as part of the website address as the extension "pottery-barn-outlet.php." Moreover, "Pottery Barn" popped up when placing the cursor over the images contained in the site.

1   WSI alerted Defendant to these infringing uses of the Pottery Barn Marks on September 26, 2005. *See*

2   Exhibit D.

3       18.    At least since October 4, 2005, Defendant used the Pottery Barn Marks also in a blog,

4   where he largely copied the text of his website to advertise discounted Pottery Barn lighting, window

5   treatments, glassware, toys, kids ware, rugs, and furniture. On October 7, 2005, WSI notified

6   Defendant about these new infringements. *See* Exhibit E.

7       19.    Defendant ultimately made cosmetic changes to his website by removing the address

8   extension "pottery-barn-outlet.php" and deleting the word "Barn" from the references to "Pottery

9   Barn." WSI wrote to Defendant on January 23, 2006, that the superficial changes were insufficient to

10  avoid likely confusion of consumers regarding a connection between Defendant's website and Pottery

11  Barn, when this was not the case. *See* Exhibit F.

12      20.    WSI recently discovered a variety of additional infringements of its rights. The

13  Infringing Domain Names continue to link to Defendant's website at <www.isaved-home-decor.com>

14  Defendant persists in referring to "Pottery Barn" and "Pottery" to advertise the sale of furniture and

15  home furnishings. For example, he states that "we provides [*sic*] a resource for you to save on new

16  and used pottery barn discount window treatments." On another webpage, Defendant states: "ISaved

17  Home Decor [] offers the greatest discount on pottery barn merchandise." *See* Exhibit G.

18      21.    Defendant also has started using the Pottery Barn Marks on a shopping platform at

19  <www.squidoo.com/pottery-barn-outlet>, where he offers "discounted Pottery Barn outlet

20  merchandise" through venues like "Pottery Barn Outlet - Furniture, Kids, Bedding and Rugs," "Pottery

21  Barn Furniture Outlet," "Pottery Barn Bedding Outlet," " Pottery Barn Kids Outlet," " Pottery Barn

22  Window Treatments," and "Pottery Barn Rugs and Carpet." *See* Exhibit H. Defendant is not

23  authorized to use the Pottery Barn Marks or to sell or facilitate the sale of Pottery Barn® products.

24      22.    Defendant also is now again misrepresenting that he is the owner of a Pottery Barn

25  outlet. He artificially tries to lend credibility to his site by writing "articles" on his other websites such

26  as "Market Associate Times" or on EzineArticles.com referring to his online strategies and stating

27  falsely that "**Kenneth Elliott is the owner of pottery barn outlet.**" *See* Exhibit I (emphasis added).

28  The blog links to his website at <www.isaved-home-decor.com>. Defendant repeats his

1    misrepresentations about owning pottery barn outlets in various other publications on the Internet, as

2    shown in Exhibit J.

3        23.    On <www.isaved-home-decor.com>, Defendant also refers to variations of the Pottery

4    Barn Marks, which perpetuates the confusion among the purchasing public as to the sponsorship and

5    affiliation of the goods advertised by Defendant.  For example, the title of the home page reads

6    "Pottery Outlet and Clearance Center."  Defendant claims to offer a "Pottery Furniture Outlet," a

7    "Pottery Rugs and Carpet Outlet," and a "Pottery Kids Outlet," among others.  In the introduction,

8    Defendant proclaims:  "ISaved Home Decor is your resource to discounted Pottery Outlet clearance

9    merchandise items found from a series of outlet sources."  Defendant proceeds to state, "Check out

10   these great deals on Pottery Outlet items.  From Pottery Tables to Pottery Sheets sets their [*sic*] all

11   here."  *See* Exhibit K; *also* Exhibit G.  Defendant's tactics are designed to intentionally convey the

12   overall misimpression that a consumer might purchase the same products through Defendant's website

13   as are available at an authorized Pottery Barn® store or outlet.  The sites also provide links to the

14   official WSI online stores, such as www.potterybarnkids.com, attempting to create further indications

15   of authenticity and to capture click-through advertising revenue from customers who successfully

16   have been diverted to Defendant's sites.

17       24.    Defendant's misuse of the Pottery Barn Marks promotes search engine priority for the

18   Infringing Domain Names.  When a consumer enters "Pottery Barn Kids Outlet" or "Pottery Barn

19   Outlet" in a search engine such as Google, Defendant's websites and blog entries about his websites

20   are ranked in top positions immediately after WSI's sites.  This high ranking, achieved through an

21   unlawful use of the Pottery Barn Marks, lures and diverts Internet users in search of a genuine Pottery

22   Barn® outlet store to Defendant's website.

23       25.    Defendant's unlawful use of the Pottery Barn Marks dilutes and tarnishes the good

24   reputation of Pottery Barn®.  Defendant's website displays references to the Pottery Barn Marks next

25   to advertisements for penis enlargement treatments, vibrators, online dating, and other indecorous

26   products.  *See* Exhibit L.

27       26.    Further, Defendant's acts dilute the distinctive high quality of goods sold at Pottery

28   Barn.  Consumers purchasing products through the Defendant's sites or links may in fact receive a

1  used Pottery Barn® product or worse, a replica. Defendant acknowledges, "No, most of the

2  merchandise sold is not fake, but you will have to be careful. As with any discount website there will

3  be people that want to take advantage of unsuspecting shoppers." *See* Exhibit I.

4       27.    Defendant has evidenced his willful misappropriation of WSI's goodwill and

5  intellectual property in a variety of ways. He is a habitual infringer of distinctive and famous names,

6  and misuses other well-known brand names for the same unlawful purposes. For example, on his

7  website at<www.isaved-home-decor.com>, Defendant offers the sale of discounted merchandise of

8  Bed Bath and Beyond alongside Pottery Barn® merchandise. *See* Exhibit G.

9       28.    Moreover, Defendant, a self-declared "Website Promotion expert," claims to operate

10  "outlet" stores for well-known brands on at least two different websites. On information and belief,

11  Defendant operates a "Coach Outlet Store," which he allegedly modeled after his Pottery Barn Outlet

12  store. Defendant also operates "Sun GlassHunt" at <www.sun-glass-hunt.com>. See Exhibit M.

13       29.    WSI is informed and believes that Defendant collects various types of revenue on these

14  websites, which include the sites linked to the Infringing Domain Names. One such revenue stream

15  comes from Google. For example, Defendant boasts in one article to have increased his proceeds

16  from Google by one hundred percent by having placed Google's Adsense ads in a certain position on

17  "my website http://www.pottery-barn-outlet.com." See Exhibit J. As Defendant instructs his readers

18  on "Market Associate Times," website traffic is highly valuable. Defendant chose to generate such

19  traffic by misappropriating the goodwill that WSI and other owners of famous trademarks have

20  earned. In fact, Defendant admits to his intention to capitalize on famous brand names when he states,

21  "I could find plenty of sources for handbags for coach, prada, Kenneth cole and many others. Yes, the

22  name of the site is coach-outlet-store.com. But why keep that name. **I figured that people would**

23  **and do search for coach outlet that would get me starter traffic.**" *See* Exhibit J (emphasis added).

24  Defendant also collects revenue from WSI for every referral from his websites such as <www.isaved-

25  home-decor.com> to the official Pottery Barn® website.

26       30.    Defendant's acts have caused and will cause WSI irreparable harm for which money

27  damages and other remedies are inadequate. Unless Defendant is restrained by this Court, Defendant

28  will continue and/or expand the illegal acts alleged in this Complaint and otherwise continue to cause

1  great and irreparable damage and injury to WSI through, *inter alia*:

2      a.    Depriving WSI of its statutory and common law rights to use and control use of

3            its trademarks and copyrighted material;

4      b.    Creating a likelihood of confusion, mistake and deception among consumers

5            and the trade as to the source of Defendant's website products and services;

6      c.    Causing the public to falsely associate WSI and/or Pottery Barn® with

7            Defendant or vice versa;

8      d.    Causing incalculable and irreparable damage to WSI's goodwill and its

9            trademarks and copyrights;

10     e.    Causing WSI to lose sales of its genuine products;

11     f.    Eroding the distinctive quality of the Pottery Barn® brand and tarnishing the

12           mark in the eyes of consumers; and

13     g.    Falsely misappropriating WSI's advertising opportunities and its advertising

14           funds.

15    31.    Accordingly, in addition to other relief sought, WSI is entitled to injunctive relief

16  against Defendant, his officers, agents, employees, and against all persons acting in concert with him.

**FIRST CLAIM**
**FEDERAL TRADEMARK INFRINGEMENT**
**(15 U.S.C. §§ 1114-1117; Lanham Act § 32)**

19    32.    WSI realleges and incorporates by reference each of the allegations contained in

20  paragraphs 1 through 31 of this Complaint.

21    33.    Without WSI's consent, Defendant has used the Pottery Barn Marks, in connection

22  with the sale, offering for sale, distribution, marketing, or advertising of Defendant's goods, which

23  constitutes infringement of the Pottery Barn Marks.

24    34.    These acts of trademark infringement have been committed with the intent to cause and

25  which are likely to cause confusion, mistake, or deception, and are in violation of 15 U.S.C. § 1114.

26    35.    Defendant's use of the Pottery Barn Marks and the Infringing Domain Names is likely

27  to divert and confuse customers, who initially are interested in WSI's websites, to Defendant's sites.

28    36.    As a direct and proximate result of Defendant's infringing acts as alleged herein, WSI

1  has suffered substantial damage.

2     37.    Defendant's alleged trademark infringement is an exceptional case and was intentional.

3  Said exceptional and intentional infringement has damaged WSI as described herein, entitling WSI to

4  treble its actual damages and to an award of attorneys' fees under 15 U.S.C. §§ 1117(a) and 1117(b).

5                                    **SECOND CLAIM**
                             **DILUTION OF FAMOUS MARK**
6                       **(Federal Trademark Dilution Act of 1995)**
                      **(15 U.S.C. § 1125(c); Lanham Act § 43(c))**
7

8     38.    WSI realleges and incorporates by reference each of the allegations contained in

9  paragraphs 1 through 37 of this Complaint.

10    39.    WSI's Pottery Barn Marks are distinctive and famous within the meaning of the

11 Federal Trademark Dilution Act of 1995, 15 U.S.C. § 1125(c), as amended, and were famous before

12 Defendant's commercial use of the Pottery Barn Marks and the Infringing Domain Names.

13    40.    Defendant's acts as alleged herein, both separately and collectively, have diluted or are

14 likely to dilute the distinctive quality of WSI's Pottery Barn Marks in violation of the Federal

15 Trademark Dilution Act of 1995, 15 U.S.C. § 1125(c) as amended.

16    41.    WSI is entitled to injunctive relief pursuant to 15 U.S.C. § 1125(c).

17    42.    Because Defendant willfully intended to trade on WSI's reputation or to cause dilution

18 of WSI 's famous trademark, WSI is entitled to damages, extraordinary damages, fees and costs

19 pursuant to 15 U.S.C. § 1125(c)(2).

20                                    **THIRD CLAIM**
                          **FEDERAL UNFAIR COMPETITION**
21               **(False Designation of Origin and False Description)**
                      **(15 U.S.C. § 1125(a); Lanham Act § 43(a))**
22

23    43.    WSI realleges and incorporates by reference each of the allegations contained in

24 paragraphs 1 through 42 of this Complaint.

25    44.    Defendant's use of the Infringing Domain Names and the Pottery Barn Marks tends

26 falsely to describe his affiliation with Pottery Barn, within the meaning of 15 U.S.C. § 1125(a)(1).

27 Defendant's conduct is likely to cause confusion, mistake, or deception by or in the public as to the

28 affiliation, connection, association, origin, sponsorship or approval of Defendant and WSI's products

to the detriment of WSI and in violation of 15 U.S.C. § 1125(a)(1).

45.     Defendant has unfairly profited from the acts alleged.  As a direct and proximate result of these acts, WSI has suffered substantial damage and irreparable harm.

46.     Because Defendant willfully intended to trade on WSI's reputation and trademarks, WSI is entitled to actual damages, extraordinary damages, fees and costs pursuant to 15 U.S.C. § 1117(a), and that those damages be trebled under 15 U.S.C. § 1117(a) and (b).

**FOURTH CLAIM**
**CYBERSQUATTING**
**(15 U.S.C. § 1125(d))**

47.     WSI realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 46 of this Complaint.

48.     Without WSI's consent, Defendant has registered the Infringing Domain Names, has used them, and has trafficked in them.

49.     The Pottery Barn Marks were distinctive and famous within the meaning of subsection 15 U.S.C. § 1125(c), as amended, at the time Defendant registered the Infringing Domain Names.  The Infringing Domain Names are confusingly similar to the famous and distinctive Pottery Barn Marks.

50.     Defendant registered, trafficked in, or used the Infringing Domain Names with the bad intent to profit from the Pottery Barn Marks  in violation of 15 U.S.C. § 1125(d).

51.     Defendant has registered multiple other Internet domain names that Defendant knew were distinctive and famous at the time of registration of the domain names, or diluted famous marks of others that were famous at the time of registration.

52.     By reason of Defendant's acts alleged herein, WSI is entitled to recover Defendant's profits, actual damages and the costs of the action, or statutory damages under 15 U.S.C. § 1117(d), on election by WSI, in an amount up to $100,000 per domain name.

**FIFTH CLAIM**
**COPYRIGHT INFRINGEMENT**
**(17 U.S.C. §§ 101, *et seq.*)**

53.     WSI realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 52 of this Complaint.

54.     WSI owns the copyrights to its Pottery Barn® and Williams Sonoma® catalogs and has

1  complied in all respects with the requirements of the Copyright Act and received from the Register of

2  Copyrights certifications of Registrations.

3      55.    Defendant has distributed, displayed, and/or reproduced the Pottery Barn® and

4  Williams Sonoma® catalogs without WSI's authorization or permission and in violation of WSI's

5  exclusive rights under the Copyright Act.

6      56.    Defendant's unlawful distribution, display, and/or reproduction of the Pottery Barn®

7  and Williams Sonoma® catalogs constitutes copyright infringement.  WSI alleges that Defendant

8  acted intentionally, willfully and in bad faith when it distributed, displayed and/or reproduced the

9  Pottery Barn® catalogs.

10      57.    As a direct and proximate result of Defendant's conduct, WSI is entitled to injunctive

11  relief and actual damages, as well as any profits of Defendant's attributable to his acts of infringement.

12                          **SIXTH CLAIM**
                **CALIFORNIA DILUTION AND TRADEMARK INFRINGEMENT**
13              **(Cal. Bus. & Prof. Code §§ 14320, 14330, 14335, 14340)**

14      58.    WSI realleges and incorporates by reference each of the allegations contained in

15  paragraphs 1 through 57 of this Complaint.

16      59.    Defendant's intentional and blatant infringement of the Pottery Barn Marks constitutes

17  infringement and dilution under California Business & Professions Code §§ 14320, 14330, and 14335.

18      60.    Defendant infringed the Pottery Barn Marks with knowledge and intent to cause

19  confusion, mistake, or deception.

20      61.    Defendant's acts were intentional, willful, wanton, fraudulent, and without justification

21  or excuse, and were undertaken with gross indifference to the rights and welfare of WSI, for which

22  California law allows the imposition of exemplary damages.

23      62.    As a direct and proximate result of Defendant's conduct, pursuant to California

24  Business & Professions Code § 14340, WSI is entitled to injunctive relief and damages in the amount

25  of three times Defendant's profits and three times all damages suffered by WSI.

26                          **SEVENTH CLAIM**
                    **CALIFORNIA UNFAIR COMPETITION**
27                  **(Cal. Bus. & Prof. Code § 17200)**

28      63.    WSI realleges and incorporates by reference each of the allegations contained in

1 | paragraphs 1 through 62 of this Complaint.

2 |      64.    Defendant's use of the Infringing Domain Names, the infringement of the Pottery Barn

3 | Marks, and other intentional acts designed to appropriate WSI's prestige and goodwill constitutes

4 | "unlawful, unfair or fraudulent business act[s] or practice[s] and unfair, deceptive, untrue or

5 | misleading advertising" within the meaning of California Business & Professions Code § 17200.

6 |      65.    As a direct and proximate cause of Defendant's wrongful conduct, Defendant has been

7 | and will continue to be unjustly enriched and WSI has sustained and will continue to sustain diversion

8 | of trade with lost profits and injury to business reputation and goodwill, in an amount to be proven at

9 | trial.

10 |      66.    As a direct and proximate result of Defendant's conduct, WSI is entitled to injunctive

11 | relief and an order that Defendant disgorge all profits from his acts of unfair competition.

12 | **PRAYER FOR RELIEF**

13 |      WHEREFORE, WSI prays that this Court grant it the following relief:

14 |      1.    Adjudge that the Pottery Barn Marks have been infringed by Defendant in violation of

15 | WSI's rights under common law, 15 U.S.C. § 1114, 15 U.S.C. § 1125, Cal. Bus & Prof. Code §§

16 | 14320, 14330, 14335, 14340 and/or California law;

17 |      2.    Adjudge that Defendant's acts are likely to, or have, diluted WSI's famous Pottery

18 | Barn Marks in violation of WSI's rights under common law, 15 U.S.C. § 1125(c), and/or California

19 | law;

20 |      3.    Adjudge that Defendant has competed unfairly with WSI in violation of WSI's rights

21 | under common law, 15 U.S.C. § 1125(a), Cal. Bus & Prof. Code § 17200 and/or California law;

22 |      4.    Adjudge that WSI's copyrights have been infringed by Defendant in violation of WSI's

23 | rights under common law, and under the Copyright Act, 17 U.S.C. § 101, *et seq*.

24 |      5.    Adjudge that Defendant, his agents, servants, employees, and all persons acting under

25 | his permission and authority, be preliminarily and permanently enjoined and restrained from

26 | cybersquatting on, infringing, diluting the Pottery Barn Marks, further unfairly competing with WSI in

27 | violation of WSI's rights under common law, or otherwise damaging WSI's goodwill or business

28 | reputation, and from continuing to perform in any manner whatsoever any of the other acts

1  complained of in this Complaint;

2      6.     Adjudge that Defendant, his agents, servants, employees, and all persons acting under

3  his permission and authority, be enjoined and restrained from falsely advertising that Defendant owns

4  a Pottery Barn® Outlet store or is authorized to sell Pottery Barn® products, or advertising through

5  any other deceptive means;

6      7.     Adjudge that Defendant, his agents, servants, employees, and all persons acting under

7  his permission and authority, be preliminarily and permanently enjoined and restrained from using or

8  otherwise exploiting or attempting to exploit, the Pottery Barn Marks for and/or in connection with

9  any business involving the sale of home furnishings and accessories, or for any other purpose;

10     8.     Adjudge that Defendant be required to account for any profits that are attributable to

11 his illegal acts, and that WSI be awarded the greater of (1) three times Defendant's profits or (2) three

12 times any damages sustained by WSI, under 15 U.S.C. § 1117, plus prejudgment interest;

13     9.     Adjudge that Defendant, within thirty (30) days after service of the Judgment

14 demanded herein, be required to file with this Court and serve upon WSI's counsel a written report

15 under oath setting forth in detail the manner in which it has complied with the Judgment;

16     10.    Adjudge that Defendant pay statutory damages under 15 U.S.C. § 1117(d), on election

17 by Plaintiff, in an amount of $100,000 per domain name;

18     11.    Adjudge that WSI be awarded its actual damages and lost profits in an amount to be

19 proven at trial, that Defendant be required to account for any profits that are attributable to his illegal

20 acts, and that WSI be awarded all such amounts including any statutory damages or multipliers that

21 are available, plus prejudgment interest;

22     12.    Adjudge that WSI be awarded its attorneys' fees and other costs of suit; and

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1        13.    Adjudge that all such other relief be awarded to WSI as this Court deems just and

2    proper.

3    

4    DATED:  January 18, 2008         Respectfully submitted,

5    

6                    By:    _____
                       Gregory S. Gilchrist

7                           Veronica Besmer
                       TOWNSEND AND TOWNSEND AND CREW LLP

8                           Two Embarcadero Center, Eighth Floor
                       San Francisco, California  94111

9                           Telephone:  (415) 576-0200
                       Facsimile:  (415) 576-0300

10   

11                          Attorneys for Plaintiff
                       WILLIAMS-SONOMA, INC.

12   

13   

14   

15   

16   

17   

18   

19   

20   

21   

22   

23   

24   

25   

26   

27   

28

1

## DEMAND FOR JURY TRIAL

2

3          Plaintiff hereby demands that this action be tried to a jury.

4

5     DATED:  January 18, 2008              Respectfully submitted,

6

7

8                                          By: _____
                                               Gregory S. Gilchrist
9                                              Veronica Besmer
                                               TOWNSEND AND TOWNSEND AND CREW LLP
10                                             Two Embarcadero Center, Eighth Floor
                                               San Francisco, California  94111
11                                             Telephone: (415) 576-0200
                                               Facsimile: (415) 576-0300
12
                                               Attorneys for Plaintiff
13                                             WILLIAMS-SONOMA, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A
## TO *WILLIAMS-SONOMA V. ELLIOTT,* *et al.* COMPLAINT

# POTTERY BARN OUTLET

Home | Window Treatment | Computer Desk | Furniture | Rugs and Carpet | Pottery Barn Kids | Toys & Hobbies | Pottery &

**Furniture Warehouse**
40-80% off furniture for you entire home. $1 ships entire order!

**Surplus Merchandise**
Pallets of surplus, overstock, liquidation items. All brand names!

**Furniture Outlet**
Find Quality Name Brand Furniture. Great Selections at Great Prices.

**Outlet Furniture**
Outlet Furniture for Sale Check out the deals now

Ads by

## Pottery Barn Outlet And Clearance Center

**The Pottery Barn Outlet sells clearance items found from a series of outlet sources for Pottery Barn,** Pottery Barn Kids, **Pottery Barn Furniture and more.** Enterprising Entrepreneurs have taken advantage of these sales and searched the nation to bring you deals through ebay for pennies on the dollar. As an result they have created a new marketplace were it is possible to purchase hard to find pottery, rugs, furniture, children clothing, office furniture supply computer desk and much more 50% to 60% off the national retail price. Thus creating a definite value to you the customer. Take advantage of these savings from the pottery barn and take home a value today.






- Discount Window Treatment

- Furniture

- Rugs and Carpet

- Pottery Barn Kids

- Toys and Hobbies

- Pottery and Glass

- Office Furniture Supply Computer Desk

Stop Smoking | Leather Handbags | Weight Loss · Video Game Rental | Site Map

# POTTERY BARN OUTLET

Home | Window Treatment | Computer Desk | Furniture | Rugs and Carpet | Pottery Barn Kids | Toys & Hobbies | Pottery &

**Bedding Outlet**
Up to 80% off High Quality
Bedding. Only $1 Shipping for
Entire Order!

**Discount Bedding For 2005**
Quality Egyptian Cotton Bedding
Low Price Single, Queen & King
Size

**Nursery Bedding Sale**
Animal, Vintage, Disney & Ivy
Sets Nursery Bedding $99
Shipped Free

**Barn Yard Bedding**
Kidsline's Barnyard crib
In stock, ready for deliv

Ads by

## Pottery Barn Kids Outlet

Pottery barn kids outlet has a large selection of new and used items from baby cribs to children clothing. All of these items are from individuals that have posted their finds on ebay. Some of these items are hard to find discontinued items. These are beautiful items with lively colors. To the right are just a few examples of posted fines.



- Nursery Bedding

- Nursery Decor

- Memory Books & Keepsakes

- Baby Items

- Diapering

- Baby Toys

- Nursery Furniture

- Nursery Feeding

- Bathing & Grooming



            

USA          Canada       Australia      United
                                          Kingdom

Stop Smoking | Leather Handbags | Weight Loss | Video Game Rental | Site Map

Pottery Barn Furniture Outlet - New and used furniture from around the would.

# POTTERY BARN OUTLET

Home | Window Treatment | Computer Desk | Furniture | Rugs and Carpet | Pottery Barn Kids | Toys & Hobbies | Pottery &

**Discount Pottery Barn Rug**
Save 40-80% from Overstock.com. Only $1 Shipping for Entire Order!

**Discount Furniture Outlet**
Find Quality Name Brand Furniture. Great Selections at Great Prices.

**Living Room Furniture**
Reduced Prices On A Huge Selection Of Living Room Furniture. Shop Now!

**Living Room Furnitu**
Save 30-50% off Retail Living Room Furniture, Save!

Ads by

### Pottery Barn Furniture Outlet

Pottery barn furniture outlet provides a resource for new and used pottery barn furniture. You will also find out of stock furniture that pottery barn is either out of stock or does not carry anymore. For this reason enterprising individuals are constantly digging through Pottery Barn Outlets and posting their "finds" on eBay. For a location near you please pick the country that you reside in.



- Furniture

- Bedding

- Home Decor

- Window Treatments

- Dining and Bar

- Patio and Grilling

- Ceiling Fans and Lamps

         

USA          Canada       Australia      United Kingdom

Stop Smoking | Leather Handbags | Weight Loss | Video Game Rental | Site Map

# POTTERY BARN OUTLET

Home | Window Treatment | Computer Desk | Furniture | Rugs and Carpet | Pottery Barn Kids | Toys & Hobbies | Pottery &

**Discount Pottery Barn Rug**
Up to 80% off name brand products. Only $1 Shipping for Entire Order!

**Rug Outlet**
Exquisitely Decorated Rugs at Great Prices - Buy Now & Save Big!

**RugsRugs**
New and antique oriental rugs Huge Selection, Free Shipping

**Area Rug Clearance**
Save up to 70% on Rug accent, runners, outdoo more.

Ads by (

### Pottery Barn Rugs and Carpets Outlet

Pottery barn rug and carpet outlet provides a resource for new and used pottery barn rugs. Some of these items are hard to find discontinued items. You will also find out of stock rugs that pottery barn either does not stock or carry anymore. For a location near you please pick the country that you reside in.

- Housekeeping and Vacuuming

- Rugs and Carpets

- Steam Carpet Cleaners

- Vacuums



USA    Canada    Australia    United Kingdom

Stop Smoking | Leather Handbags | Weight Loss | Video Game Rental | Site Map

Pottery Barn Toys Outlet

# POTTERY BARN OUTLET

Home | Window Treatment | Computer Desk | Furniture | Rugs and Carpet | Pottery Barn Kids | Toys & Hobbies | Pottery &

**Kids Games & Toys**
Educational and Specialty Brands!
20% off all toys. Buy online.

**Play Kitchens**
Find Toy Kitchens For Your Kids
Easily Order Online Today!

**Wholesale Toys Brand Name**
Action Figures, Anime, Collectibles
Dolls Stuffed Toys Backpacks &
More

**Animated Collectibl**
Collectible fast food toys
animals, Effanbee Dolls

Ads by

### Pottery Barn Toys Outlet

Pottery barn toys outlet allows your
children to broaden their minds by
pretending. Have you ever played store. I
know I did when I was younger. How
about tea time. Those sunny afternoons
when you would break out the tea set and
pretend that it was tea time for lunch.
Your mother would even break out cake to
make it seem more real. Wow, all of this
brings back memories of my play times.
Now, your kids can start their own
memories. Take some time today to see
what is available.

- Pretend Time

- Stuffed Animals

- Classic Toys

- Educational

  

USA    Canada    Australia    United
Kingdom

Stop Smoking | Leather Handbags | Weight Loss | Video Game Rental | Site Map

Pottery Barn Glass and Pottery Outlet - New and used pottery and glass from across the w...   Page 1 of 1

# POTTERY BARN OUTLET

Home | Window Treatment | Computer Desk | Furniture | Rugs and Carpet | Pottery Barn Kids | Toys & Hobbies | Pottery &

**Bauer Pottery Company**
Official Homepage of Bauer
Pottery Manufactured in Los
Angeles, CA

**Unique Wine Glasses**
Venetian red, hand etched Gift
boxed, free shipping.

**Glassware**
Save 40-80% from
Overstock.com. Only $1 Shipping
for Entire Order!

**Roseville Pottery**
Bargain Priced Roseville
On Sale at eBay! (aff)

Ads by (

## Pottery Barn Glass and Pottery Outlet

Are you looking for hard to find glassware and pottery that was sold by pottery barn. Well, you have found the right place. Enterprising individuals are constantly digging through Pottery Barn Outlets and posting their "finds" on eBay.   Chose from a number of categories.



- Pottery and China

- Barware

- Houseware and Kitchenware

- Decorative and Collectibles



USA    Canada    Australia    United Kingdom

Stop Smoking | Leather Handbags | Weight Loss | Video Game Rental | Site Map

# EXHIBIT B
## TO *WILLIAMS-SONOMA V. ELLIOTT, et al.* COMPLAINT

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

**San Francisco**

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111
Tel 415 576-0200
Fax 415 576-0300
Direct: (415) 273-7564
gsgilchrist@townsend.com

August 5, 2005

***VIA E-MAIL AND U.S. FIRST CLASS MAIL***

Mr. Frederick N. Elliott
F. K. Elliott Enterprises, Inc.
1714 Winesap Drive
Richmond, VA 23231-5100

     Re:    <u>Pottery Barn, Inc.</u>

Dear Mr. Elliott:

     We represent Williams-Sonoma, Inc. and its subsidiary Pottery Barn, Inc. in intellectual property matters. It has recently come to our attention that you have been unlawfully using Pottery Barn's trademarks and copyrighted material on your website at www.pottery-barn-outlet.com and as links on other web sites that are operated by your business.

     Williams-Sonoma, Inc. owns the trademark registrations for "Pottery Barn" and "Pottery Barn Kids", among others. Pottery Barn catalogs and the images depicted in them are also protected by numerous copyright registrations. Your website displays Pottery Barn's protected mark, as well as various copyrighted images from Pottery Barn catalogs. The "pottery-barn-outlet" address is a clear misappropriation of the Pottery Barn name. Your unauthorized use of my client's intellectual property is likely to confuse consumers into believing that Williams-Sonoma, Inc. or Pottery Barn, Inc. is associated with or endorses your website, which is not the case. As I am sure you can appreciate, Williams-Sonoma, Inc. has expended a great deal of time and money to build up considerable recognition and good will in the retail home furnishings market through its intellectual property.

     Accordingly, we must receive assurances that you will immediately cease use of any Pottery Barn trademarks or copyrighted material on the website and anywhere else they may have been displayed. Our demand necessarily includes changing the "pottery-barn-outlet" domain name to one that does not copy or infringe my client's trademarks.

     We also note that your website directs users to Pottery Barn items for sale on eBay. In addition to stopping use, we require that you provide information on all sources and amounts of revenue you have received by virtue of the website's operation. Please also explain the nature of

TOWNSEND
and
TOWNSEND
and
CREW
LLP

your relationship with eBay or eBay sellers (if any) and whether you have received any revenue based on your website's directing of users to other sites, including eBay. We also need to know whether you are collecting revenue based on the "Google" advertisements which appear on your web site, as well as the "flag" icons.

We are hopeful that a resolution can be reached without having to file a lawsuit. Toward that end, please provide written assurance that you have complied with our demand to cease use (and respond to our inquiry on revenue and eBay) no later than August 12, 2005. If you have any questions in the meantime, please do not hesitate to call.

Very truly yours,

Gregory S. Gilchrist

GSG/clp
cc:      Williams-Sonoma, Inc.

60556530 v1

# EXHIBIT C
## TO *WILLIAMS-SONOMA V. ELLIOTT, et al.* COMPLAINT

**Gaudreau, Holly**

| | |
|---|---|
| **From:** | market@marketassociate.com |
| **Sent:** | Tuesday, August 09, 2005 8:14 AM |
| **To:** | Gaudreau, Holly |
| **Subject:** | Re: Letter on behalf of Pottery Barn, Inc. |

```
F.K. Elliott Enterprises Inc.
1714 Winesap Dr.
Richmond VA 23231

Dr. Holly Gaudreau,
As a response to your inquiry www.pottery-barn-outlet.com has been taken down
and not longer exist under said domain name.  Also, any unauthorized use of
pictures have been removed from the website.  We as a company apologize
for any
misrepresentation that has occurred and as a result we will be more
diligent in
ensuring that this matter will not happen again.  I thank you for bring this
great wrong to my attention.

F.K. Elliott Enterprises Inc.
Kenneth Elliott

Quoting "Gaudreau, Holly" <hgaudreau@townsend.com>:

> Dear Mr. Elliott:
>
> Attached please find correspondence sent on behalf of Pottery Barn, Inc.
> We look forward to hearing from you.
>
> Regards,
>
> Holly Gaudreau
> Townsend and Townsend and Crew LLP
>
```

# EXHIBIT D
## TO *WILLIAMS-SONOMA V. ELLIOTT, et al.* COMPLAINT

TOWNSEND
*and*
TOWNSEND
*and*
CREW
L.L.P.

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858-350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

San Francisco

Two Embarcadero Center
8th Floor
San Francisco
California 94111-3834
Tel 415 576-0200
Fax 415 576-0300

hgaudreau@townsend.com

September 26, 2005

**VIA E-MAIL to market@marketassociate.com**
**AND U.S. FIRST CLASS MAIL**

Mr. Frederick N. Elliott
F. K. Elliott Enterprises, Inc.
1714 Winesap Drive
Richmond, VA  23231-5100

      Re:    <u>Pottery Barn, Inc.</u>

Dear Mr. Elliott:

      We received your August 9, 2005 email in which you stated that "www.pottery-barn-outlet.com" had been taken down and the Pottery Barn photos removed.  In reliance on these representations, we allowed sufficient time for you to fully implement and finalize changes to the revised site.  We have recently learned, however, that your website exists under a new address -- "http://www.isaved-home-decor.com/pottery-barn-outlet.php" -- which still contains the Pottery Barn name.  A review of that website also reveals that you failed to modify the content despite your earlier representations; the website displays the Pottery Barn name and various copyrighted images from Pottery Barn catalogs.  This is unacceptable.  You are not a Pottery Barn Outlet and neither are the sellers to whom you direct your links, all under the rubric of Pottery Barn Outlet.

      In addition, you have not yet responded to our inquiry about the nature of your relationship with eBay and/or eBay sellers and any sources and amounts of revenue you may have received by virtue of your website (including, but not limited to, any revenue collected based on the links to eBay and Google advertisements which appear on your website).

      To avoid legal action, we must insist that you provide the above requested information and comply with our demand to cease <u>any</u> use of Pottery Barn's intellectual property, including the Pottery Barn name and copyrighted materials on the website (or anywhere else they may have been displayed).  This demand necessarily includes the removal of any reference to

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

September 26, 2005
Page 2

Pottery Barn from the website and the address/file name.  We look forward to your cooperation.

Very truly yours,

Holly Gaudreau

cc:    Williams-Sonoma, Inc.

60594981 v1

# EXHIBIT E
## TO *WILLIAMS-SONOMA V. ELLIOTT, et al.* COMPLAINT

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

**San Francisco**

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111
Tel 415 576-0200
Fax 415 576-0300

hgaudreau@townsend.com

October 7, 2005

**VIA E-MAIL to market@marketassociate.com**
**AND U.S. FIRST CLASS MAIL**

Mr. Frederick N. Elliott
F. K. Elliott Enterprises, Inc.
1714 Winesap Drive
Richmond, VA  23231-5100

       Re:    Pottery Barn, Inc.

Dear Mr. Elliott:

      In connection with our ongoing review of the Internet for infringing uses of the Pottery Barn trademarks, we have come across yet another of your web sites making unauthorized and misleading use of the Pottery Barn trademark.  Attached is the homepage.  We have no more patience with your claimed efforts to make any proper use of the Pottery Barn marks and insist that you stop any references to the mark of any kind on any web site or in any other venue.  If you will agree to this, we can avoid further proceedings.  If you are not agreeable, please let me know within five days.

      Very truly yours,

Holly Gaudreau

cc:   Williams-Sonoma, Inc.
Enclosure

60605601 v1

Blogger     [          ]  SEARCH THIS BLOG          GET YOUR OWN BLOG   ☞ FLAG?   NEXT BLOG»
           SEARCH ALL BLOGS  BlogThis!

# POTTERY BARN OUTLET

**Couch Slip Covers on Sale**
40-80% off beautiful slipcovers. Only $2.95 shipping, entire order!
Overstock.com

**Slipcover Clearance Sale**
Buy Slipcovers for your furniture Save up to 70% online-distributor
www.SureFit.net

**Ceiling Fan Light Fixture**
Ceiling fans, Casablanca, Hunter. C your own, free shipping!
www.LampsPlus.com

Ads by

**TUESDAY, SEPTEMBER 06, 2005**

## Hurricane Katrina - Help the Survivors Please!!!

With the devastation that occurred from Hurricane Katrina we here at ISaved-home-decor.com would like to do everything we can to help the survivors of this disaster. So, we have donated some of our proceeds from this sit and set up a link to the American Red Cross were you can help those in need. Please click on the link and help today!!

Help victims of Hurricane Katrina and other crises around the world

POSTED BY AFFILIATE-GEEK AT 8:45 AM    1 COMMENTS

**WEDNESDAY, AUGUST 31, 2005**

## How a Good Bedroom Design Can Boost Your Confidence

Do you know that your bedroom is responsible for who you are right now. Your own bedroom is the place which you see last when you go to sleep and also is the first place you see when you wake in the morning. These two are the times of the day when you are most receptive to receive any messages, good or bad. Hey, what did I say? Good or Bad. Yes, it's true, anything you see, feel, touch, smell, listen to at this time of the day will contribute in making your "personality", no matter whether it works for you or not.

POSTED BY AFFILIATE-GEEK AT 12:23 PM    0 COMMENTS

**LINKS**

Fitness Equipment

Sears Outlet Site

Stop Smoking

Movie Rental

Designer Sunglasses

Designer Handbags

Designer Fashions

Fat Loss 4 Idiots

**PREVIOUS POSTS**

Hurricane Katrina - Help the Survivors Please!!!

How a Good Bedroom Design Can Boost Your Confidence

10 Ways to Survive Building or Remodeling Your Home

Help With Buying A New Ceiling Fan

Sure Fit Slip Cover

Discount Lighting and Ceiling Fans

Warm Up the Night! Patio Heaters and Fire Pits

Decorating on a Shoestring Budget

Country Home Accessories

Discount Window Treatments

# 10 Ways to Survive Building or Remodeling Your Home

Who doesn't want to lose at least five pounds? This is one way to do it. Between running to stores all day and evening long, meeting with contractors, inspecting the work, searching the Western world for the perfect light fixture, who has time to eat? Provided you don't sabotage this new, unorthodox diet plan, with McDonalds drive through, you're good for losing five pounds. If you are a masochistic type who does some of the work yourself - whether it be painting, laying tile, landscaping the yard - you can count on another five to ten pounds of weight loss. Just think, you may be miserable, frustrated, exhausted, and down right cynical about the good of the humankind, but your jeans will fit nicely!

POSTED BY AFFILIATE-GEEK AT 12:22 PM    0 COMMENTS

# Help With Buying A New Ceiling Fan

When you are choosing a new ceiling fan there are a couple of things that you really need to think about before you go out and make a purchase. If you do not think and plan before purchasing your new ceiling fan, there is a chance that it will not perform the way you want it to or it might not even fit in the space allocated. Even worse, you may inadvertently be using a ceiling fan that is not suited to the environment you place it in.

POSTED BY AFFILIATE-GEEK AT 12:21 PM    0 COMMENTS

TUESDAY, AUGUST 09, 2005

# Sure Fit Slip Cover

Have you ever wanted to change the look of your room but you did not want to purchase another living room set or kitchen set. Well slip covers provide one of the best ways to change a look and feel of a room without the high costs. Also, slip covers provide one of the best ways to protect your furniture.

POSTED BY AFFILIATE-GEEK AT 2:12 PM    1 COMMENTS

TUESDAY, AUGUST 02, 2005

ABOUT ME



**AFFILIATE-GEEK**

This is my real life story as to how I started with nothing and gained financial freedom.

VIEW MY COMPLETE PROFILE

ARCHIVES

05/31/05
06/22/05
07/25/05
08/02/05
08/09/05
08/31/05
09/06/05



## Discount Lighting and Ceiling Fans

From pewter lamps to sconce lamp pottery barn outlet has them all.
Here at Pottery Barn Outlet we provides a resource for new and used
pottery barn discount lamps and ceiling fans. Some of these items are
hard to find discontinued items. You will also find out of stock lamp
shades, table and bedside lamps, bed side lamps and many more that
pottery barn either does not stock or carry anymore.

POSTED BY AFFILIATE-GEEK AT 11:33 AM     0 COMMENTS

MONDAY, JULY 25, 2005

## Warm Up the Night! Patio Heaters and Fire Pits

In some areas right now, the weather is ideal for sitting outside in the
evening -- the bugs have gone and the sky is clear -- but the nights are
chilly. Don't let the cool evenings send you inside -- extend your
outdoor living season by heating your deck or patio.

Different heaters are available for different needs and circumstances.
A heater will be powered by propane, natural gas, alcohol-gel,
electricity, wood, or wood substitutes such as charcoal or artificial
logs. Depending on the size and the heat source, they may warm only
a small space or heat a party-size yard.

POSTED BY AFFILIATE-GEEK AT 12:07 PM     0 COMMENTS

## Decorating on a Shoestring Budget

Right now one of the most popular shows on television is, "Trading
Spaces." If you haven't gotten an opportunity to watch this show, the
object of the game is to decorate one room in someone else's house
with a budget of a $1,000. The decorator's truly struggle to
accomplish this so you know it is hard when even they, trained
professionals, are having problems creating the room of the
homeowner's dreams.

POSTED BY AFFILIATE-GEEK AT 12:06 PM     0 COMMENTS

## Country Home Accessories

Country home décor is the most sought after home interior and it's no wonder since country décor invites a casual friendly lifestyle. Make sure you carefully study the specific style, and color scheme then carefully coordinate the colors of each element of your country décor.

Although the kitchen is primarily a working area little touches can make a big difference:

POSTED BY AFFILIATE-GEEK AT 12:04 PM   0 COMMENTS

## Discount Window Treatments

Pottery barn has some of the best window treatments on the market. Here at Pottery Barn Outlet we provides a resource for new and used pottery barn discount window treatment. Some of these items are hard to find discontinued items. You will also find out of stock discounted window treatments that pottery barn either does not stock or carry anymore.

POSTED BY AFFILIATE-GEEK AT 8:03 AM   0 COMMENTS

WEDNESDAY, JUNE 22, 2005

## Pottery Barn Glass

Are you looking for hard to find glassware and pottery that was sold by pottery barn. Well, you have found the right place. Enterprising individuals are constantly digging through Pottery Barn Outlets and posting their "finds" on eBay.

POSTED BY AFFILIATE-GEEK AT 8:12 AM   0 COMMENTS

## Pottery Barn Toys

Pottery barn toys outlet allows your children to broaden their minds by pretending. Have you ever played store. I know I did when I was younger. How about tea time. Those sunny afternoons when you would break out the tea set and pretend that it was tea time for lunch.

POSTED BY AFFILIATE-GEEK AT 8:11 AM   0 COMMENTS

## Pottery Barn Kids

Pottery barn kids outlet has a large selection of new and used items from baby cribs to children clothing. All of these items are from individuals that have posted their finds on ebay. Some of these items are hard to find discontinued items.

POSTED BY AFFILIATE-GEEK AT 8:10 AM    0 COMMENTS

## Pottery Barn Rug

Pottery barn rug and carpet outlet provides a resource for new and used pottery barn rugs. Some of these items are hard to find discontinued items. You will also find out of stock rugs that pottery barn either does not stock or carry anymore.

POSTED BY AFFILIATE-GEEK AT 8:04 AM    0 COMMENTS

## Pottery Barn Furniture

Pottery barn furniture outlet provides a resource for new and used pottery barn furniture. You will also find out of stock furniture that pottery barn is either out of stock or does not carry anymore. For this reason enterprising individuals are constantly digging through Pottery Barn Outlets and posting their "finds" on eBay.

POSTED BY AFFILIATE-GEEK AT 7:59 AM    0 COMMENTS

TUESDAY, MAY 31, 2005

## Office Furniture Supply Computer Desk

Pottery barn outlet not only offers the greatest discount on pottery barn merchandise. We also offer great bargains on office furniture supply computer desk. These deals could range from 20% to 70% off. But we don't stop their, you will find great bargains on laptop computer parts, printer ink and networking equipment. Come and take a look at what we offer. For a location near you please pick the country that you reside in.

POSTED BY AFFILIATE-GEEK AT 11:05 AM    0 COMMENTS

## Pottery Barn Outlet

The Pottery Barn Outlet sells clearance items found from a series of outlet sources for Pottery Barn, Pottery Barn Kids, Pottery Barn Furniture and more.

POSTED BY AFFILIATE-GEEK AT 10:53 AM    2 COMMENTS

# EXHIBIT F
## TO *WILLIAMS-SONOMA V. ELLIOTT, et al.* COMPLAINT

TOWNSEND
*and*
TOWNSEND
*and*
CREW
L.L.P

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

**San Francisco**

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111
Tel 415 576-0200
Fax 415 576-0300

hgaudreau@townsend.com

January 23, 2006

**VIA E-MAIL to market@marketassociate.com
AND U.S. FIRST CLASS MAIL**

Mr. Frederick N. Elliott
F. K. Elliott Enterprises, Inc.
1714 Winesap Drive
Richmond, VA 23231-5100

     Re:    <u>Pottery Barn Trademarks</u>

Dear Mr. Elliott:

     We are contacting you regarding "isaved-home-decor.com." While it appears you have deleted most references to "Pottery Barn," you continue to use "Pottery" on your site. This is unacceptable. Your use of "Pottery" (including, for example, "Pottery Outlet", "Pottery Furniture" and "Pottery Kids") perpetuates the problem since "Pottery Barn" is an arbitrary mark which our client uses in connection with the sale of furniture and other home furnishings. It is inevitable that consumers will be confused and believe that your website– which also displays furniture and other home furnishings– is associated with or approved by Pottery Barn, Inc., when that is not the case. Accordingly, any reference to "Pottery" must be removed from the site, and the corresponding file names changed to delete any reference to "Pottery."

     We are also dismayed to discover that "Pottery Barn" pops up when clicking on the images contained in the site. Attached are examples for your reference. We insist that this text be removed immediately.

     You have not responded to our inquiry about the nature of your relationship with eBay and/or eBay sellers and any sources and amounts of revenue you may have received by virtue of your website (including, but not limited to, any revenue collected based on the links to eBay and Google advertisements which appear on your website). Please provide this information.

     You continue to infringe our client's trademark rights and misappropriate its goodwill, conduct in violation of federal and state trademark laws. To determine how to proceed, we need

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

your response to our demands no later than <u>January 30, 2006,</u> along with written assurances that you will discontinue any use of our client's intellectual property on isaved-home-decor.com or any other venue.

Very truly yours,

Holly Gaudreau

Enclosure

cc:     Williams-Sonoma, Inc.

60649794 v1



**iSaved** Home Decor   (HSN)  designer fashion trends

Home | Slip Covers | Window Treatment | Lighting | Computer Desk | Furniture | Rugs and Carpet | Kids | Toys & Hobbies |
Self Help | Pottery & Glass | Bed Bath Beyond | Holiday Plates | Links | Sitemap

**Furniture Clearance**
Warehouse clearance You just won't belive these prices

**Furniture Closeouts**
Low prices, knock down furniture Minimum order: One truckload

**Child plastic furniture**
RV cart, wall mounts, and safe children furniture on sale in stock

**Wholesale Furniture**
Discount furniture store offers wholesale deals for home & office.

Ads by Goooooogle

Pottery Barn Bedding Outlet

## Pottery Outlet And Clearance Center

ISaved Home Decor is your resource to discounted Pottery Outlet clearance merchandise items found from a series of outlet sources. These discounted items are gathered from enterprising Entrepreneurs that have taken advantage of sales and searched the nation to bring you deals through Ebay for pennies on the dollar. As an result they have created a new marketplace were it is possible to purchase hard to find pottery items, rugs, children furniture, kitchen furniture, bedroom furniture, children clothing, office furniture supply, computer desks and much more at 50% to 60% off the national retail price. Thus creating a definite value to you the customer. Take advantage of these savings and take home a value today.



# Pottery Outlet And Clearance Center

ISaved Home Decor is your resource to discounted Pottery Outlet clearance merchandise items found from a series of outlet sources. These discounted items are gathered from enterprising Entrepreneurs that have taken advantage of sales and searched the nation to bring you deals through EBay for pennies on the dollar. As an result they have created a new marketplace were it is possible to purchase hard to find pottery items, rugs, children furniture, kitchen furniture, bedroom furniture, children clothing, office furniture supply, computer desks and much more at 50% to 60% off the national retail price. Thus creating a definite value to you the customer. Take advantage of these savings and take home a value today.

- Discount Window Treatment
- Sure Fit Slip Covers
- Discount Indoor Ceiling Lighting & Fans
- Furniture
- Rugs and Carpet
- Kids Outlet
- Toys and Hobbies
- Glass and Pottery Outlet
- Office Furniture Supply Computer Desk

Sears Outlet Site | Designer Fashions | Designer Sun Glasses | Stop Smoking | Leather Handbags | Weight Loss | Video Game Rental



# Pottery Outlet And Clearance Center

ISaved Home Decor is your resource to discounted Pottery Outlet clearance merchandise items found from a series of outlet sources. These discounted items are gathered from enterprising Entrepreneurs that have taken advantage of sales and searched the nation to bring you deals through Ebay for pennies on the dollar. As an result they have created a new marketplace were it is possible to purchase hard to find pottery items, rugs, children furniture, kitchen furniture, bedroom furniture, children clothing, office furniture supply, computer desks and much more at 50% to 60% off the national retail price. Thus creating a definite value to you the customer. Take advantage of these savings and take home a value today.

- Discount Window Treatment
- Sure Fit Slip Covers
- Discount Indoor Ceiling Lighting & Fans
- Furniture
- Rugs and Carpet
- Kids Outlet
- Toys and Hobbies
- Glass and Pottery Outlet
- Office Furniture Supply Computer Desk

Sears Outlet Site | Designer Fashions | Designer Sun Glasses | Stop Smoking | Leather Handbags | Weight Loss | Video Game Rental

http://www.isaved-home-decor.com/pottery-barn-furniture-outlet.php



## Pottery Outlet And Clearance Center

ISaved Home Decor is your resource to discounted Pottery Outlet clearance **merchandise items found from a series of outlet sources.** These discounted items are gathered from enterprising Entrepreneurs that have taken advantage of sales and searched the nation to bring you deals through Ebay for pennies on the dollar. As an result they have created a new marketplace were it is possible to purchase hard to find pottery items, rugs, children furniture, kitchen furniture, bedroom furniture, children clothing, office furniture supply, computer desks and much more at 50% to 60% off the national retail price. Thus creating a definite value to you the customer. Take advantage of these savings and take home a value today.

- Discount Window Treatment
- Sure Fit Slip Covers
- Discount Indoor Ceiling Lighting & Fans
- Furniture
- Rugs and Carpet
- Kids Outlet
- Toys and Hobbies
- Glass and Pottery Outlet
- Office Furniture Supply Computer Desk

Sears Outlet Site | Designer Fashions | Designer Sun Glasses | Stop Smoking | Leather Handbags | Weight Loss | Video Game Rental

Pottery Barn Rugs Outlet

Pottery Furniture Outlet - New and used furniture from around the would. - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back ▼ → ▼ ⊗ ☑ ⚲ | ⚲ Search ⚲ Favorites ⚲ Media ⚲ | ☑▼ ☑ ▼ ⚲ ☑ ▼

Address ⚲ http://www.isaved-home-decor.com/pottery-furniture-outlet.php

Home | Slip Covers | Window Treatment | Lighting | Computer Desk | Furniture | Rugs and Carpet | Kids | Toys & Hobbies |
Self Help | Pottery & Glass | Bed Bath Beyond | Holiday Plates | Links | Sitemap

**Furniture Clearance**
40-80% off beautiful home furniture Only
$2.95 ships your entire order!
Overstock.com

**JCPenney Official Site**
Find Everything You Need and More. Shop
JCPenney Online Now & Save!
www.JCPenney.com

**LA Furniture Seen**
The ultimate in LA modern furniture see it
online and in the showroom
www.furnitureseen.com

Ads by Gooooogle

## Pottery Furniture Outlet

Pottery furniture outlet provides a resource for
new and used furniture. You will also find out
of stock furniture that is either out of stock or
is not carry anymore. For this reason
enterprising individuals are constantly digging
through Outlets looking for items like
Portsmouth sofas to Montego Dining Table
and posting their "finds" on eBay. These finds
are usually 50% to 60% off. Take some time
to look around. For a location near you
please pick the country that you reside in.

- Furniture
- Bedding
- Home Decor
- Window Treatments
- Dining and Bar
- Patio and Grilling
- Ceiling Fans and Lamps



Pottery barn Furniture Outlet

Done    Internet



# Pottery Toys Outlet

Have you ever played store. I know I did when I was younger. How about tea time. Those sunny afternoons when you would break out the tea set and pretend that it was tea time for lunch. Your mother would even break out cake to make it seem more real. Wow, all of this brings back memories of my play times. Now, your kids can start their own memories. Pottery toys outlet allows your children to broaden their minds by pretending. Take some time today to see what is available.

- Pretend Time
- Stuffed Animals
- Classic Toys
- Educational

USA    Canada    Australia    United Kingdom

Ads by Goooooogle

Sears Outlet Site | Designer Fashions | Designer Sun Glasses | Stop Smoking | Leather Handbags | Weight Loss | Video Game Rental

# EXHIBIT K
## TO *WILLIAMS-SONOMA V. ELLIOTT, et al.* COMPLAINT

Pottery Outlet And Clearance Center - New and Used Furniture & Home Decor





designer fashion trends

Home | Slip Covers | Window Treatment | Lighting | Computer Desk | Furniture | Rugs and Carpet | Kids | Toys & Hobbies | Self Help | Pottery & Glass | Bed Bath Beyond | Holiday Plates | Submit a Link | Sitemap

**80% Off Design Furniture**
Save 80% On Modern Designs
Fast, Free Shipping
Hintstar.com

**Unique Home Décor**
Stunning Array Of Imported Home
Decor - Shop, Low-Price
Guaranteed!
www.HomeDecorators.com

**Fantastic Home Decor**
Styles for every taste & budget.
Family owned & operated.
shopatreno.com

**Moroccan home decor**
lanterns, Lamps, Ceramic, cabinet
Armories, tables, rugs,
dividers,++
www.badiadesign.com

Ads by Google

# Pottery Outlet And Clearance Center

**Living Room Furniture**
Find Great Living Room Furniture Online and Find the Deals
you want!
www.livingroomfurnitureworld.com

**Home Furnishings**
Look for Top-rated Home Furnishing shops near you with
our Ratings!
sanfrancisco.Citysearch.com

**Distinctive Home Decor**
Home Accessories and More Start 2008 with your dream
home!
www.distinctivehomedecor.com

**At Home With B. Smith**
B. Smith style comes to furniture Exclusively from Clayton
Marcus
www.athomewithbsmith.com

Ads by Google

**ISaved Home Decor is your resource to
discounted Pottery Outlet clearance
merchandise items found from a series of
outlet sources.** These discounted items are
gathered from enterprising Entrepreneurs that
have taken advantage of sales and searched the
nation to bring you deals through Ebay for pennies
on the dollar. As an result they have created a new
marketplace were it is possible to purchase hard to
find pottery items, rugs, children furniture, kitchen
furniture, bedroom furniture, children clothing,
office furniture supply, computer desks and much
more at 50% to 60% off the national retail price.
Below I have seperated the savings into easy to
access categories for your shopping convience. As you can see eveything in this website
caters to the home. I tried to keep common items in the area below. But newly found
deals will appear at the top. Take your time and look around. I am sure you will find a deal
here. Remember to come back often, I am adding new deals sometimes daily. Take
advantage of these savings and take home a value today.

* Lamp Fixtures

* Rugs and Carpets



Pottery Outlet And Clearance Center - New and Used Furniture & Home Decor

Page 2 of 3

- Lighting Accessories
- Baby Toys
- Nursery Furniture
- Nursery Feeding
- Houseware and Kitchenware
- Decorative and Collectibles
- Pottery and China

- Persian Rug (Silk)
- Oriental Rug
- Turkish Rug
- Antique Rugs
- Furniture
- Bedding
- Home Decor

Start Here - Discount Merchandise

- Discount Window Treatment - Window treatments make a drab window shine. Decorate you kitchen windows, your bedroom windows or even your living room windows. Find a discount today.

- Sure Fit Slip Covers - Do you have some furniture that you are trying to protect or do you just want to jazz up a old piece. Purchase a slip cover today.

- Discount Indoor Ceiling Lighting & Fans - Need to change up you kitchen lighting or add a new fan to you living room. Find all the deals that you are looking for here.

- Furniture - This furniture section has links to all kind of furniture. Bedroom, living room, kitchen, you name it we have links to it.

- Rugs and Carpet - Add a floor treatment to that drab room. Purchase a oriental or throw rug today.

- Kids Outlet - Kid room accessories and toys.

- Toys and Hobbies - Toys and Hobby items.

- Glass and Pottery Outlet - Glass and accent pieces to bring to life any room in the house.

- Office Furniture Supply Computer Desk - All you will need to update a office from computer supplies to computer desks.

1/8/2008

Pottery Outlet And Clearance Center – New and Used Furniture & Home Decor

**Modern Rugs can make a flooring fashion statement** - by Rami Nseir Flooring is an important fashion accessory for any well dressed home. If you want your room to look stylish then you have to get the floor just right. As with all fashion related products, many of us are looking for something that little bit different to help them stand out from the crowd. The [...]

**Pottery Outlet – Great Tables, Sheets Set And Much More** - Check out these great deals on Pottery Outlet items.Â  From Pottery Tables to Pottery Sheets sets their all here.Â  And the prices, you will not find prices like these.Â Take some time and browse around you will not be sorry.

**Pottery Outlet – Great Tables, Sheets Set And Much More** - Check out these great deals on Pottery Outlet items.Â  From Pottery Tables to Pottery Sheets sets their all here.Â  And the prices, you will not find prices like these.Â Take some time and browse around you will not be sorry.

Email Marketing Course | First Symptom of Pregnancy | Internet Marketing | Designer Fashions | Designer Sun Glasses | Stop Smoking | Coach Outlet Store | Coach Purses | One Strap Backpack | Fat Loss 4 Idiots | Concert Tickets | Cheap UK Tickets | Video Game Rental | Online Movie Rentals

Pottery Furniture Outlet - New and used furniture from around the would.



**iSaved Home Decor**

(HSN) designer fashion trends

**Crate & Barrel Furniture**
Find Contemporary Furniture for Your Home Online at Crate & Barrel!
www.CrateandBarrel.com

**San Francisco Furniture**
Top Brands & Low Wholesale Prices. Shipping Included to Local Outlet!
www.San-Francisco.GoWFB.com

**Matthews Home Furnishings**
Read Local review on Home Furnishing shops on Citysearch!
charlotte.Citysearch.com

➡ **Hotel Outlet Furniture**
Hotel Outlet Furniture On Sale. Actual Online Freight Quotes!
www.Hertzfurniture.com

Ads by Google

# Pottery Furniture Outlet

**San Francisco Furniture**
Wholesale Home Furniture Gallery View Exclusive Online Offers Today.
www.San-Francisco.GoWFB.com

**Furniture**
Find discount, designer & custom furniture stores in San Francisco.
www.YellowPages.com/SanFrancisco

**Furniture for Bedroom**
Traditional Mission Furniture for Your Home. Low Price Guaranteed!
www.MissionLiving.com

**Custom Wood Furniture**
Artisan Crafted for Home & Office Dining Table, Bath Furniture & more
www.WoodArtistsGallery.com

Ads by Google

The right furniture can turn a drab room into a work of art. But picking the right style or even find a furniture set that is within your budget is truely a headache that most people don't want to take on. This way I have created this page. I wanted to relay some econimical resources to aquire resonably prices furniture. Furniture that could be used in the sitting room, the living room, the game room or even a TV movie room.

So, below I have gathered links that cover the full gamit of a household and I've split each up in different categories to make it a little more simple. Also, at the top of this page you will find links to specific items that I have found all around the net. These are specialty items that caught my eye. Yeah, my look may not be yours but they might give you ideas that you were looking for. Some of the items will be clearence items that would call for immediate action. So keep your eye open for those items.

Now, some people might say. I would never buy a piece of furniture off the net. Well, that

Pottery Furniture Outlet - New and used furniture from around the would.

is fine. But because their is a lot of competition you may find a piece that is significantly discounted and you may not be able to find it off the net. So, don't be afraid to purchase of the net. Their are excellent bargain if you are will to search for them. The good thing about this site is that I am looking for you. So, stop by frequently. You may find exactly what you are looking for. Now, here is a discription of this page.

Pottery furniture outlet provides a resource for new and used furniture. You will also find out of stock furniture that is either out of stock or is not carry anymore. For this reason enterprising individuals are constantly digging through Outlets looking for items like Portsmouth sofas to Montego Dining Table and posting their "finds" on eBay. These finds are usually 50% to 60% off. Take some time to look around. For a location near you please pick the country that you reside in.

Discount Furniture

- Furniture - Furniture for all parts of the home.

- Bedding - Specifically bedding furniture for the spair bedrooms or your primary bedroom.

- Home Decor - Specifically little nicknacks for decorating all parts of the house.

- Window Treatments - Need to decorate the window. This link has you covered.

- Dining and Bar - How about the bar room. Do you have everything you need to set this room off. Take a look...

- Patio and Grilling - Do you have the patio furniture for your next grill party. Find it now.

- Ceiling Fans and Lamps - How about a ceiling fan or lamp. Ceiling fans are great because they help to circulate the air all around your house.

**Cheaply Decorating the Entertainment Area of Your Home** - by Ray Walberg So, you've gotten yourself into a

http://www.isaved-home-decor.com/pottery-furniture-outlet.php

Page 1 of 2



# iSaved
## Home Decor
### HSN designer fashion trends

Home | Slip Covers | Window Treatment | Lighting | Computer Desk | Furniture | Rugs and Carpet | Kids | Toys & Hobbies |
Self Help | Pottery & Glass | Bed Bath Beyond | Holiday Plates | Submit a Link | Sitemap

**Pottery Barn Kids**
Official Site: Find Stylish Home
Furnishings & Accessories for Kids.
www.PotteryBarnKids.com

**Local La-Z-Boy Galleries**
Comfy furniture at great prices.
Visit La-Z-Boy Furniture Galleries.
www.lzbgalleries.com

**San Francisco Furniture**
Wholesale Home Furniture Gallery
View Exclusive Online Offers
Today.
www.San-Francisco.GoWFB.com

**Nods & Ends Outlet**
Shop the Land of Nod Outlet for
Kids' Discount Furniture &
Bedding.
www.LandofNod.com

Ads by Google

## Pottery Rugs and Carpet Outlet

**Home Office Furniture**
Exclusive 50% Savings Offer. Print Our Coupon
Online & Save!
www.MarloFurniture.com

**Nods & Ends Outlet**
Shop the Land of Nod Outlet for Kids' Discount
Furniture & Bedding.
www.LandofNod.com

Ads by Google

Room carpets are either the focal point of a room or an accent that bring together a famed look. No matter if you looking for a runner or a large oriental rug to cover your whole floor, you will find what your looking for here. Some of these rugs are significantly disounted to fit any budget. Take a look at some of the links that I have provided. And compare them to regular store. I think you will be pleasantly surprised.

Some of the most beautiful rugs that I have every found were from Outlet Stores.  And the rugs found in these links are no exception.  Here at ISaved Home Decor, we have gathered links to a Pottery rug Outlets and carpet outlet for new and used rugs.  Some of these items are hard to find discontinued items.  For a location near you please pick the country that you reside in.

Discount Rugs

Pottery Rug and Carpet Outlet

Pottery Rug and Carpet Outlet

- Rugs and Carpets - All different type of rugs and styles.
- Persian Rug (Silk) - Very explusive type of rug made out of silk. Great look!!
- Oriental Rug - The classic oriental rug. Perfect for any room.
- Turkish Rug - Turkish rug, also a great rug for any room.
- Antique Rugs - Pick up a classic rug at a great price. These antique rugs are great looking a very classical.
- Housekeeping and Vacuuming - All you need to keep your rug lint free.
- Vacuums - Different vacuums with different filter styles.
- Steam Carpet Cleaners - Keep your carpet clean with these steam cleaners.

**Modern Rugs can make a flooring fashion statement** - by Rami Nseir Flooring is an important fashion accessory for any well dressed home. If you want your room to look stylish then you have to get the floor just right. As with all fashion related products, many of us are looking for something that little bit different to help them stand out from the crowd. The [...]

Email Marketing Course | First Symptom of Pregnancy | Internet Marketing | Designer Fashions | Designer Sun Glasses | Stop Smoking | Coach Outlet Store | Coach Purses | One Strap Backback | Fat Loss 4 Idiots | Concert Tickets | Cheap UK Tickets | Video Game Rental | Online Movie Rentals

Pottery Kids Outlet

# iSaved
## Home Decor

(HSN) designer fashion trends

**Nods & Ends Outlet**
Discounted Quality Furniture &
Bedding from The Land of Nod.
www.LandofNod.com

**Kids Bedding**
Get More Value: Shop Well-
Crafted & Cozy Sheets at
Company Kids@!
www.CompanyKids.com

**Kids Furniture Sale**
Huge Selection of Kids Furniture in
all Styles. 30% Off Super Sale!
www.KidsFurnitureMart.com

**LoftLiving Outlet**
Modern Furniture at Outlet Prices!
70% Below Popular
Stores/Catalogs
www.loftlivingoutlet.com

Ads by Google

## Pottery Kids Outlet

**Fun Furniture for Kids**
Award Winning Design.Vibrant Colors No tools needed. 3
min. Assembly.
www.legarefurniture.com

**Buy Lea Kids Furniture**
Buy Online & Save Big Now View Catalog online. Up to 60%
off
www.furnituregeek.com

**Kids Sleeping Bags**
Fun Bedding and Accessories. Shop Our Wide Selection
Now!
www.orvis.com

**Children's Area Rugs**
Quality Kids Rugs To Match Any Theme In All Sizes &
Colors
RosenberryRooms.com

Ads by Google

From children's cloths, baby cribs to children's
furniture, Pottery kids outlet has them all. These
are beautiful items with lively colors, shapes and
sizes. All of these items are from individuals that
have posted their finds on Ebay. Most of these
items are hard to find discontinued items. To the
right is just one examples of posted fines.

Discount Kids Outlet

- Baby Toys

Pottery Kids Outlet

- Nursery Furniture
- Nursery Feeding
- Nursery Bedding
- Nursery Decor
- Memory Books & Keepsakes
- Baby Items
- Diapering
- Bathing & Grooming

Email Marketing Course | First Symptom of Pregnancy | Internet Marketing | Designer Fashions | Designer Sun Glasses | Stop Smoking | Coach Outlet Store | Coach Purses | One Strap Backpack | Fat Loss 4 Idiots | Concert Tickets | Cheap UK Tickets | Video Game Rental | Online Movie Rentals



# iSaved
## Home Decor

(HSN) designer fashion trends

Home | Slip Covers |Window Treatment | Lighting | Computer Desk | Furniture | Rugs and Carpet | Kids | Toys & Hobbies |
Self Help | Pottery & Glass | Bed Bath Beyond | Holiday Plates | Submit a Link | Sitemap

**Factory Outlet**
Find shopping centers, outlet
stores & malls in San Francisco.
Shopping.YellowPages.com/BayArea

**Nods & Ends Outlet**
Shop the Land of Nod Outlet for
Kids' Discount Furniture &
Bedding.
www.LandofNod.com

**Coupons, Deals & More**
Get Coupons, Special Deals & Free
Rewards. Register at MyPoints
Now!
www.Coupons.MyPoints.com

**Pottery Barn Kids**
Official Site: Find Stylish Home
Furnishings & Accessories for Kids.
www.PotteryBarnKids.com

Ads by Google

# Pottery Toys Outlet

**Pfaltzgraff Pottery**
Explore 5,000+ Dinnerware Choices. Save on
Pfaltzgraff Pottery!
Shopzilla.com/Pfaltzgraff

**KBtoys.com® Official Site**
Toys, Games, Electronics and more. Huge savings
on name brand toys!
KBtoys.com

Ads by Google

Have you ever played store. I know I did when I was younger. How about tea time. Those sunny afternoons when you would break out the tea set and pretend that it was tea time for lunch. Your mother would even break out cake to make it seem more real. Wow, all of this brings back memories of my play times. Now, your kids can start their own memories. Pottery toys outlet allows your children to broaden their minds by pretending. Take some time today to see what is available.

Discount Pottery Toys



- Pretend Time

Pottery Toys Outlet

- Stuffed Animals

- Classic Toys

- Educational

Email Marketing Course | First Symptom of Pregnancy | Internet Marketing | Designer Fashions | Designer Sun Glasses | Stop Smoking | Coach Outlet Store | Coach Purses | One Strap Backpack | Fat Loss 4 Idiots | Concert Tickets | Cheap UK Tickets | Video Game Rental | Online Movie Rentals

# EXHIBIT L
## TO *WILLIAMS-SONOMA V. ELLIOTT,* *et al.* COMPLAINT



# iSaved
## Home Decor
**(HSN)** designer fashion trends

Home | Slip Covers | Window Treatment | Lighting | Computer Desk | Furniture | Rugs and Carpet | Kids | Toys & Hobbies |
Self Help | Pottery & Glass | Bed Bath Beyond | Holiday Plates | Submit a Link | Sitemap

Add Link

One Strap Backpack - Discount one strap backpacks at reasonable prices.

Mat Depot - Buy Corvette Floor Mats and Truck Floor Mat items from matdepot ebay store. We also sell SUV floor mats.

Furniture Outlet - Furniture at discount prices.

Louis Vuitton Handbag - Louis Vuitton Handbags are discount prices.

Dooney Bourke Handbag - Dooney Bourke Handbags are discount prices.

Coach Handbag - A look at the best places to purchase a Coach Bag.

Coach Wallet - A look at the best places to purchase a Coach Wallet.

Coach Shoes - A look at the best places to purchase Coach Shoes.

Diets Resource - A comprehensive diet review guide. Common diet programs are reviewed with recommendations given.

Video Game Rental Guide - Learn which game rental companies have the best video game rental service for the buck.

Online Movie Rental Guide - Learn which movie rental companies have the best online movie rental service for the buck.

Online Forex - forex-talk.com is where you can discuss FOREX trading (foreign currency) issues online. Join the forum or browse through fellow online forex trader questions and comments.

Please visit my cooking adventures website! - Please visit my cooking adventures website! Almost 500 recipies online

My own website about rodents! - My own website about rodents! Please take a look!

3D Pictor - 3D Graph application and information

Weight loss - We offer the unique combination of a 100% herbal diet pill and a free membership to one of the best health & body information websites. There you'll find articles, diet plan reviews Penis Enlargement

Penis Enlargement - Penis Enlargement Review, the best of penis in web. Visit: www.enlargements-penis.com

penis enlargement - for penis enlargement visit us now at www.malepenisguide.com

Male Enhancement - for male enhancement visit : www.hqpicture.com

Adult DVD - Adult DVD store.

Hoodia Gordonii - Top 3 Weight loss pills... visit: www.healthshop.tv
Penis enlargement pills - enlarge for you
Diet Pills - Fat reduction

BUY Nokia CELL PHONE - As a rule, component parts each cost the same amount of money as the full retail of
an old cellular phone.
rabbit vibrator - th

Voip - EARN MONEY FOREVER, JUST MAKING CALLS! Plan of bonification of the Telextreme is fantastic!
Visit: www.voipshop.tv

Online dating - Articles on online dating services

SELL MY CELLPHONE - The SimplySellular has teamed up to provide you an easy and free way to trade-in
your cell phone.

apartment paris - Paris luxury apartments rentals

Generic viagra - The smooth muscle of the arteries in the penis is forced to relax, allowing the penis to fill with
blood.

Levitra online - The most popular ED drugs are Viagra (Sildenafil), Levitra (Vardenafil) and Cialis (Tadalafil).
Generic Cialis Soft Tabs drug - ...the identical active chemical compounds as well as the quantity and speed of
absorption of its active ingredients into the bloodstream.
annonces immobilier - Petites annonces immobilières géolocalisées
annonces auto - petites annonces auto d'occasion

Penis Enlargement - Penis Enlargement Device Reviews Over the course of history men have always been
obsessed about the size of their penis. Visit: www.penis-enlargement.tv
Penis Enlargement Pills - Top 3 Penis enlargement pills.
cadeau - venez découvrir des cadeaux originaux

International Investigations - The Cromwell Group is an International Corporate Fraud , Counterfeit Product
Investigations, Security and Risk consultancy comprised of a highly diverse group of professionals.
Limousine Service Oakland - Abluximo.com is specialized in Airport Limousine Service, Tours & amp.
jvc tv bracket - LCD TV Wall Bracket : Multi Monitor Desktop Mount : Flatscreen TV Stand : Imount.co.uk.
park model home - Rio Bend RV & Golf Resort offers it's guests the very best that RV resort life has to offer. Rio
Bend is a beautiful winter rv resort community located in Southern California's Imperial Valley.
Rental Exhibit - The EXHIBIT COMPANY is proud to feature a variety of quality modular display systems
featuring Nimlok and specialize in custom displays, modular trade show booths.
Lead Capture - MLM Consulting has information on Consultants Marketing MLM Network.
watch replica - Welcome to Lifetimereplicas.com, buy rolex replicas watches online from our online Life Time
Replicas store and save money, we guarantee the lowest prices on watches.
Potty Training Tools - Parenting your babies, naughty spot and time out mat is easier with our Moms on Edge
parenting tools.

Trade Show Displays - San Diego Sign Company wholesale banner stands, large format digital printing and trade

show displays.

Southern California Jewelry Designer - LAJewelry.com a yellow pages resource for finding jewelers in Los Angeles and Southern California cities.

Free Will Astrology - The Astrology Career Institute Invites you to get Astrology Programs, Astrology Certification, Astrology Career, Astrology Jobs and Become An Astrologer.

Boxing Bob - The Boxing Fitness Institute is the leading training organization for Boxing Fitness. We offer both home study and in-person certification programs

California Dui Defense Attorney - Duilawyerorangecounty.com attorneys are trained and educated in the unique aspects of DUI defense.

Use the form below to submit your link. Please place a link to our site on your links page before submitting this form.

**Your name:** _____

**E-mail:** _____

**Website title:** _____

**Website URL:** http:// _____

**URL with reciprocal link:** http:// _____

**Website description:**

_____

Add link

Email Marketing Course | First Symptom of Pregnancy | Internet Marketing | Designer Fashions | Designer Sun Glasses | Stop Smoking | Coach Outlet Store | Coach Purses | One Strap Backback | Fat Loss 4 Idiots | Concert Tickets | Cheap UK Tickets | Video Game Rental | Online Movie Rentals

Powered by Link manager LinkMan 1.02 from PHPJunkYard - free php scripts

# EXHIBIT M
## TO *WILLIAMS-SONOMA V. ELLIOTT,* *et al.* COMPLAINT



# COACH OUTLET STORE

## AUTHENTIC PURSES

### DISCOUNT PRICES

**Home**   **Articles**   **Submit a Link**   Contact

**Patchwork 2008Coach Bags**
2008Coach Patchwork Handbags FindCoach Patchwork Purses On Sale
www.surfingfor.com

**Designer Handbags 2007**
Discounted Designer Handbags Designer Handbags - Free Shipping!
Ideascube.com

**Wholesale Handbags**
View A Wide Selection of Wholesale Handbags at Closeout Prices.
www.TopTenWholesale.com

Ads by Google

Search



search here
Find It Now!

**Partners**

Make Money Online
Espresso Machine Rar
Pregnancy Symptoms
Rental Movie guide
Weight Loss Programs
Video Game Rental
Negative Calorie Diet
Weight Loss 4 Idiots
Betsey Johnson Handt
Cheap Discount Travel
American Chronicle
Ezine Articles

## *Coach Outlet Store - authentic Coach bags, fashion knockoff handbags, konckoff handbags*

**Designer Bag Sale**
Save 20 - 70% online, Free Shipping
www.BagLiquidators.com/Coach

**Brand**

Home
Brahmin Handbags
Burberry Bags
Chanel Brand Handbags
Coach Purses
Coach Shoes
Coach Wallets
Dooney Bourke Handbags
Fendi Purses
Gucci Bag
Juicy Couture Handbags
Louis Vuitton Handbags
Prada Purses
More...

Submit a link
Sitemap

Handbags &
Accessories

**Introducing Coach
Madeline Tote
Collection** Spring is

**Wholesale Handbags**
View A Wide Selection of Wholesale Handbags at Closeout Prices.
www.TopTenWholesale.com

**luxury handbags 50% off**
pick up your favorite fashion bags guaranteed quality and satisfaction
www.eurohandbag.com

Ads by Google

If authentic *Coach Outlet Store* merchandise and *fashion knockoff handbags* are what your looking for then this page could be exactly what your looking for. As you finding *Coach Outlet Store* merchandise on the net is the hard part

Coach Outlet Store - authentic Coach purses, fashion knockoff handbags, konckoff handbags

Advertisement:




DesignerLinensOutlet.com

$5 off $100

SHOP NOW

Overstock.com
Your Online Outlet™

1/8/2008

**when there are so many *fashion knockoff handbags* on the market today.**

*Coach Outlet Store* takes pride in finding authentic handbags at discount handbag prices. But if you are willing to pay a little less we also have great information on *fashion knockoff handbags*. These konckoff handbags look exactly like the originals but are offered at discount handbag prices

### Top Coach Handbags

- Coach Resort Collection
- Coach
- Coach Shoes
- Coach Wallets
- Coach Watches
- Coach Signature
- Coach Shoulder Tote
- Coach Beaded Totes
- Coach Legacy Handbag
- Coach Hamptons Weekend

- Coach Bleecker Collection
- Satchel Handbag
- Pink Handbag
- Coach Chelsea Handbag
- Coach Pocket Satchels
- Coach Optic Handbag
- Coach Soho Handbag
- Coach Soft Duffles
- Coach Classic Signature

### Canada Distributors

- Coach Resort Collection
- Coach Bleecker Collection
- Coach Ergo Handbag
- Coach Hampton Weekend Collection
- Coach Baby Bag Collection

- Coach Carly Collection
- Coach Soho Collection
- Coach Legacy Collection
- Coach Signature Collection

But why bring this information to you? We're bringing this information to you because it is so difficult to find *Coach Outlet Store* merchandise on the net. But we also realize that there are people on the net looking for *fashion knock off handbags*. Most

coming and once again Coach is starting to release new handbags for the Spring rush.Â Introducing the New Coach Madeline Tote Collection.Â Part of the Hamptons Collection this tote offers a polished tailored look for the season.Â The Collection is designed with clean lines and very viberate spring ...

**BLEECKER TATTERSALL TRAVEL TOTE** This Bleecker Tattersall Travel Tote is Coach's 9 best selling must handbag for this fall.Â It is large, it is colorful and it is very functional for the fall season and for travel.Â For those who are on the go traveling from city to city or just on the road ...

**The Legacy Thompson Top Handle Handbag** Catches the eye doesn't it.Â Coach has release this new for 2007 Coach Legacy Thompson handbag and it has instantly become a best seller and a must have for Coach fanatics.Â Since its a legacy handbag the



Overstock.com
FREE SHIPPING
on all orders over $50
NEW CUSTOMERS ONLY
click here

Overstock.com
Baby
Center
click here

Coach Outlet Store - authentic Coach purses, fashion knockoff handbags, knockoff handbags

people are not willing to pay over dramatic prices. That just does not appeal to some people. They could rather look for discount designer handbags are more realistic prices.

So once again, if your looking for *Coach Outlet Store* merchandise as well as *fashion knockoff handbags* then you have definitely come to the right place.

## Lowest Prices on Coach Handbags and Accessories

Find the cheapest authentic Coach Handbags and Accessories. Here's a link that will ship Coach Handbags directly to your doorstep.

Hot Deals & Coupons

**10% Off + Free Shipping ebags.com** Now is the time to get that bag that you have been waiting for. Ebags.com is now offering a discount on all this merchandise across the board. This is for all handbags, purses, backpacks, brief cases, backpacks, travel bags and much more. This sale will only last till Saturday 12/8/07. ....

**If You Love Jewlery?** If you love Jewlery then you will not want to miss this sale from SZUL.com.Â They are offering early bird specials in the form of coupon.Â If you want to save some money then you will have to act fast as these coupons will expire at the end of the ...

Handbags

- **Coach Purses** - Excellent quality
- **Dooney & Bourke Purses** - Great patterns and colors
- **Louis Vuitton Purses** - Large selection

Thompson put a new twist on styles from the past.Â This new twist ...

**Bag Borrow Or Steal.com Very Interesting** I found a website last week that seems to be a very interesting concept in which someone could join a membership with this website and they could borrow Coach, Dooney, and all the high end purses from this website.Â Its the same concept as renting a movie over the internet.Â ...

**Coach Bleecker Handbags** Coach has come out with a brand new collection called the Bleecker Collection.Â The Bleecker Collection is inspired by Coachâ€™s tradition, history, craftsmanship and true American style.Â As an addition to this collection Coach has brought back the original Duffle Sac from 1973 with an re-interpretationÂ to fit todays style.Â Â Featured in ...

**Coach Mazur Boot** I was

Coach Outlet Store - authentic Coach purses, fashion knockoff handbags, knockoff handbags

looking through the coach website and I noticed a new boot for the Fall 2007 season.Â  The Mazur Boot...Â  It really caught my eye and looked very sexy.Â Â  They also had a snapshot of the boot being worn by a foot model.Â  I loved the look.Â  This boot ...

- **Prada Handbags -** High end, excelent quality
- **Gucci Purses -** Great look
- **Fendi Purses -** Great quality

Articles

**Free Jena Six** I know this is a lot off subject but these story needs to be told all across the net.Â  The story about the six young men that are being prosecuted in Georgia, the Jena Six.  I hesitate the blog on this matter because of my strong feeling of injustice.Â  The injustice of how six young men [...]

**Jessica Simpson Shoes Ola** Jessica Simpsom is coming up with some very distinctive styles lately.Â  Take for example this shoe.Â  The Jessica Simpson Ola shoe..Â  I have heard many people say this this shoes is very confortable and very pretty on the foot.Â  They also look great with jeans and or dressed up.Â  What do you think?Â  These shoes [...]

Case 5:08-cv-00371-RS     Document 1-3     Filed 01/18/2008     Page 22 of 24

  **HUNT** HSN **clearance sale**

| Home | Articles | Submit a Link | Contact |

| 20% - 80% off Sunglasses | New 2008 Sunglasses Sale | Wholesale Sunglasses | Ray Ban Rx Sungl |
|---|---|---|---|
| Bolle, OpticNerve, Dragon, Rayban Gargoyles, Revo, Designer & more. www.netshades.com | Huge Selection of Both Men's & Women's Sunglasses. Free Shipping www.thesunglassshop.com | View The Top Wholesale Distributors For Wholesale Sunglasses. Save Now! www.TopTenWholesale.com | Ray Ban Frames In \ Prescription Satisfac Guaranteed. Order N www.HeavyGlare.co |

## MAIN MENU

- Chanel Sunglasses
- Concert Tickets
- Designer Clothing
- Designer Handbags
- Home Decor
- Fitness Equipment
- Weight Loss

## SHOP BY BRAND

- Armani
- Arnette
- Bolle
- Calvin Klein
- Carrera
- Carven
- Chanel
- Christian Dior
- Coach
- Diesel
- Dolce & Gabbana
- Ecko
- Edge
- Escada
- Fendi
- Gucci
- Halston
- Juicy Couture
- Kate Spade
- Kenneth Cole
- Lucky Brand
- Maui Jim
- Max Mara
- Michael Kors
- Nike
- Oakley
- Prada

# WELCOME

**Ray Ban Rx Sunglasses:**
Ray Ban Frames In Your Prescription Satisfaction Guaranteed. Order Now!
www.HeavyGlare.com/Rayban_Sun_Gl...

**2007 Designer Sunglasses**
Take $10 off your 1st order with us 100% Authentic Free Shipping 24/7
www.DecorMyEyes.com/Gucci

More Ads   Ads by Google

We offer information to help y
fashion woes, and provide link:
stores for brand name sun glass
glasses accessories available or
the hard work for you. Because
seems when shopping online fo
clothing it's impossible to find
without spending hours weedin
many fashion sites that offer us
information, or simply don't ha
need.

We're doing this because we to
for Oakley, Christian Dior and
named distributors and got frus
seemed that the search engines top searches were pages full of keywords but no
to were to purchase Oakley sun glasses or Ray-Ban sun glasses to name a few. I
was angry because I was not able to find any stores that carried these high end it
this website together. I researched and found stores that carried all of these proc
discounted prices. And if you know of a great store online that sells unique fash
products, let us know, we'll see if we can add a link to the appropriate page.

Happy surfing!

 Coach Glasses

- Coach Eva Sunglasses
- Coach Sarah Sunglasses
- Coach Samantha Sunglasses

 Chanel Glasses

- Chanel Beauteuos Sunglas
- Chanel Diamonte Sunglass
- Chanel 5076 Sunglasses

 Gucci Glasses

- Gucci Rimless Sunglasses
- Gucci Aviator Sunglasses

 Tom Ford Glasses

- Tom Ford Havana Sunglas
- Tom Ford Aviator Sunglas

- **Gucci Havana Sunglasses**
- **Tom Ford Sunglasses**

‣ Ralph Lauren
‣ Ray-Ban
‣ Revo
‣ Roberto Cavalli
‣ Serengeti
‣ Tom Ford
‣ Valentino
‣ Versace
‣ Vuarnet

**INFORMATION**
Privacy Notice
Conditions of Use
Contact Us

right now on


## Winter Time Ski Goggles Collection

| Picture | Product | Price | Bids | T |
|---|---|---|---|---|
|  | Ski Snowboard Skate Sports Goggles Glasses Black Frame ℗ | $2.49 | *Buy It Now* | |
|  | Spy Scoop White Ski Snowboard Goggles HC Persimmon Lens ℗ | $39.99 | *Buy It Now* | |
|  | Candy Red Snowmobile Goggles Ski Persimmon Lenses ℗ | $21.99 | *Buy It Now* | |
|  | Giro Ricochet Kid Ski Snowboard Helmet Blue Fox+Goggles ℗ | $37.95 | *Buy It Now* | |
|  | SPY Orbit ski/snowboard goggles. New. Perfect. NR ℗ | $120.00 | *Buy It Now* | |
|  | NORTH FACE MAKRO SKI GOGGLES ORANGE BRAND NEW ℗ | $39.99 | *Buy It Now* | |
|  | NEW GIRO ADLER SUPER FIT YOUTH SNOWBOARD SKI GOGGLES ℗ | $19.99 | *Buy It Now* | |
|  | New 08 Von Zipper Sizzle Ski Snowboard Goggles Teal ℗ | $104.99 | *Buy It Now* | |

View all 858 items on eBay                                                                    *discla*

Unable to open RSS Feed http://chanel-sun-glasses.sun-glass-hunt.com/feed/ wi
**Couldn't resolve host 'chanel-sun-glasses.sun-glass-hunt.com', exiting**

**Wholesale Sunglasses**
Wholesale Designer Sunglasses sold by
dozens as low as $1.9/pair
www.olympiceyewear.com


**Wholesale Sunglasses**
Importer and Wholesaler Of Elite Image
Sunglasses. As Low As $10.00
www.eliteimagesunglasses.com


Ads by Google

[Email Marketing Course] [ Coach Outlet Store ] [ Home Decor ] [ Internet Marketing ] [ Stop Smoki
Game Rental ] [ Weight Loss ] [ Designer Fashions ][ Rent Movies ]
[Weight Loss 4 idiots] [Coach Purses] [First Symptom Of Pregnancy]