ORIGINAL

TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA # 111536); gsgilchrist@townsend.com
VERONICA BESMER (CA State Bar # 246560); vbesmer@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

FILED

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH N. ELLIOTT, an individual; and F. K. ELLIOTT ENTERPRISES, INC., a Virginia company,<br><br>Defendants. | Case No.    C 08 0371 RS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 18, 2008          Respectfully submitted,

By: _____
Gregory S. Gilchrist
Veronica Besmer
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.