```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA SBN 111536); gsgilchrist@townsend.com
VERONICA BESMER (CA SBN 246560); vbesmer@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH N. ELLIOTT, an individual, F. K. ELLIOTT ENTERPRISES, a Virginia company,<br><br>Defendants. | Case No. C-08-00371 RS<br><br>**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party herby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals For the Ninth Circuit.

DATED: February 28, 2008

_____
Kenneth N. Elliott, individually and dba
F.K. Elliott Enterprises, Inc
Defendant pro se

DATED: February 26, 2008    TOWNSEND AND TOWNSEND AND CREW LLP

_____
Veronica Besmer
Counsel for Plaintiff WILLIAMS-SONOMA, INC.

61295061 v1    CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE    - 1 -
Williams-Sonoma, Inc. v. Elliott et al.; Case No. 08-0371 RS